IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY THOMAS,

    Plaintiff,

  v.

DEUTSCHE BANK NATIONAL TRUST. et al.,

    Defendants.
                                   /

No. C 12-00472 CRB

**ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff filed this Complaint on January 30, 2012, alleging several causes of action against Defendants. Dkt. 1. Plaintiff has now filed an ex parte application for a temporary restraining order restraining Defendants from completing the foreclosure of the real property located at 31306 San Andreas Dr., Union City, California, 94587. The Court hereby ORDERS as follows:

- Defendants must respond to the ex parte application by Wednesday, March 7, 2012 at 3:00 p.m.
- A hearing on Plaintiff's Ex Parte Application for a Temporary Restraining Order shall take place on Friday, March 9, 2012 at 10:00 a.m. in Courtroom 6.

//
//
//

- Plaintiff shall serve a copy of this Order on Defendants forthwith, along with copies of the ex parte application for a temporary restraining order and the complaint.

**IT IS SO ORDERED.**

Dated: March 2, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE