IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY THOMAS,

    Plaintiff,

  v.

DEUTSCHE BANK NATIONAL TRUST, ET AL.,

    Defendants.

No. C 12-00472 CRB

**JUDGMENT**

    Having granted Defendants' Motion to Dismiss with prejudice, the Court hereby enters judgment against Plaintiff and for Defendants.

    **IT IS SO ORDERED.**

Dated: May 7, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\472\Judgment.wpd