**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JEFFREY THOMAS,                          No. C 12-00472 CRB

12              Plaintiff,                    **JUDGMENT**

13      v.

14  DEUTSCHE BANK NATIONAL TRUST,
    ET AL.,
15
                Defendants.
16  _____/

17

18          Having granted Defendants' Motion to Dismiss with prejudice, the Court hereby

    enters judgment against Plaintiff and for Defendants.
19
            **IT IS SO ORDERED.**
20

21

22

    Dated: May 7, 2012                        _____
23                                            CHARLES  R. BREYER
                                              UNITED STATES DISTRICT JUDGE
24

25

26

27

28

G:\CRBALL\2012\472\Judgment.wpd